UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **RICKY KIDD,** | ) |
| **Plaintiff** | ) ) ) |
| v. | ) Case No. 21-cv-00578-FJG |
| **CITY OF KANSAS CITY, MISSOURI, et al.,** | ) ) ) |
| **Defendants.** | ) ) |

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Ricky Kidd, and the Defendant, City of Kansas City, Missouri, and stipulate to the dismissal of the City of Kansas City, Missouri. This stipulation of dismissal affects only the case against the City of Kansas City, Missouri, and does not affect the cause of action against any other defendant. This stipulation is without prejudice.

Date: September 29, 2021

Respectfully submitted,

Lathrop GPM LLP

By: /s/ *Alana M. McMullin*
Michael J. Abrams, No. 42196
Alana M. McMullin, No. 71072
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Phone: 816-292-2000
Fax:     816-292-2001
*michael.abrams@lathropgpm.com*
*alana.mcmullin@lathropgpm.com*
**ATTORNEYS FOR PLAINTIFF RICKY KIDD**

Office of the City Attorney

By: /s/ *Tara M. Kelly*
Tara M. Kelly, No. 64624
Associate City Attorney
2300 City Hall
414 East 12th Street
Kansas City, MO 64106
Phone: 816-513-3117
Fax:    816-513-3133
*Tara.Kelly@kcmo.org*
**ATTORNEYS FOR DEFENDANT**
**CITY OF KANSAS CITY, MISSOURI**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 29th day of September, 2021, the foregoing was served on all counsel of record via the Court's e-filing system.

/s/ *Alana M. McMullin*
Alana M. McMullin