IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICKY KIDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cv-00578-FJG |
| | ) |
| KANSAS CITY, MISSOURI BOARD OF | ) |
| POLICE COMMISSIONERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the parties' Joint Motion to Modify the Scheduling Order to Extend Deadlines (Doc. No. 62) (seeking, among other things, to extend the discovery deadline to February 21, 2024), the Court believes a teleconference to be necessary in order to discuss the issues raised in the motion. Specifically, the Court requests the parties be prepared to discuss (1) why discovery is taking such a long time to complete; and (2) whether the parties would like the Court to take a more active role in moving this case along. The teleconference will be held on **Thursday, February 9, 2023**, at **10:00 a.m.** CST. After this Order has been entered, the parties will be provided the Court's toll-free conference number and access code via separate email.

IT IS SO ORDERED.

Date: <u>January 25, 2023</u>                           **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                            Fernando J. Gaitan, Jr.
                                                                       United States District Judge