IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICKY KIDD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 21-cv-00578-FJG ) |
| KANSAS CITY, MISSOURI BOARD OF POLICE COMMISSIONERS, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

As discussed during the teleconference held on February 9, 2023, the Court will hold another teleconference with the parties to discuss discovery progress on **Thursday, May 11, 2023**, at **10:00 a.m.** CST. After this Order has been entered, the parties will be provided the Court's toll-free conference number and access code via separate email.

**IT IS SO ORDERED.**

Date: February 13, 2023  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge