IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICKY KIDD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 21-cv-00578-FJG ) |
| KANSAS CITY, MISSOURI BOARD OF POLICE COMMISSIONERS, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

As discussed during the teleconference held on May 11, 2023, the parties and counsel for the Missouri State Highway Patrol ("MSHP") are directed to meet and confer further about the issues raised in Plaintiff's letter dated May 10, 2023, requesting a discovery dispute teleconference. The parties and counsel for MSHP are **DIRECTED** to file a status report on or before **May 25, 2023**, indicating whether the issues discussed in the May 10, 2023, letter have been resolved. If the issues have not been fully resolved, Plaintiff is further directed to file a discovery motion on or before **May 25, 2023**.

The Court will hold another teleconference with the parties to discuss discovery progress on **Monday, August 14, 2023**, at **10:00 a.m.** CST. After this Order has been entered, the parties will be provided the Court's toll-free conference number and access code via separate email.

**IT IS SO ORDERED.**

Date: May 11, 2023  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge