UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RICKY KIDD,<br><br>    Plaintiff,<br><br>KANSAS CITY, MISSOURI BOARD OF POLICE COMMISSIONERS, *et al.*,<br><br>    Defendants | Civil Action No. 4:21-CV-00578-FJG |

## PLAINTIFF'S MOTION TO COMPEL

Plaintiff Ricky Kidd moves this Court to compel Defendant Kansas City, Missouri Board of Police Commissioners and third-party Missouri State Highway Patrol (MSHP) to produce closed criminal history records pertaining to Richard Harris, Gary Goodspeed Jr., Gary Goodspeed Sr. and Marcus Merrill.

For the reasons explained in Plaintiff's supporting suggestions, Plaintiff respectfully requests that the Court order production of these records.

Dated: May 25, 2023

*/s/ Amelia Green*
Amelia Green*
Nick Brustin*
Owanaemi Briggs*
Gerardo Romo*
Neufeld Scheck & Brustin, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
(212) 965-9081
emi@nsbcivilrights.com
amelia@nsbcivilrights.com
nick@nsbcivilrights.com
gerardo@nsbcivilrights.com

1

*Admitted pro hac vice*

Michael J. Abrams MO Bar #42196
Alana M. McMullin MO Bar #71072
Lathrop GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
(816) 292-2000
michael.abrams@lathropgpm.com
alana.mcmullin@lathropgpm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 25th day of May, 2023, the foregoing was served on all counsel of record via the Court's e-filing system.

/s/*Lucia Geng*

Lucia Geng