IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| RICKY KIDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cv-00578-FJG |
| | ) |
| KANSAS CITY, MISSOURI BOARD OF | ) |
| POLICE COMMISSIONERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF RICKY KIDD'S WITNESS LIST**

Pursuant to this Court's Order of February 26, 2025 (ECF No. 196), Plaintiff Ricky Kidd provides the following list of all witnesses who may be called at trial by Plaintiff, organized in alphabetical order.[1]

Witnesses Plaintiff Will Call

1. Teresa Anderson
2. Moira Artigues
3. David Barrios
4. David Bernard
5. Kayla Bryant

---

[1] Plaintiff's witness list includes both witnesses that Plaintiff may call to testify by playing video recording or reading into the record prior deposition or hearing testimony, as well as those who Plaintiff will present via live testimony. This list represents Plaintiff's current best estimate of witnesses Plaintiff will call or may call at trial. Plaintiff reserves the right to amend this list as a result of additional information obtained between now and the time of trial, including but not limited to potential fact stipulations, which may obviate the need for some witnesses or streamline their testimony, and the Court's rulings on motions in limine. If the parties are able to reach consensus on factual stipulations and stipulations regarding the admissibility and authenticity of various exhibits, Plaintiff anticipates his "may call" list being significantly narrowed. Plaintiff also reserves the right to call any witness on Defendants' witness list.

1

6. Nancy Franklin

7. Monica Gray

8. William Brian Green

9. Robert Guffey

10. Richard Harris

11. Nikki Kidd

12. Ricky Kidd

13. Amy McGowan

14. Marcus Merrill

15. Kent Morton

16. Sean O'Brien

17. Jay Pruetting

18. Ronald Russell

19. Jay Thompson

Potential Damages Witnesses Plaintiff May Call

Plaintiff anticipates calling 2–3 of the following witnesses to testify.

1. Murad Baheyadeen

2. Tricia Bushnell

3. Infiniti Gray

4. Dawn Kidd

5. Troy McCullough

6. Raven Mitchell

7. Jean Peters Baker

8. Marissa Todd

9. Eric Ware

Potential Additional Witnesses Plaintiff May Call

Plaintiff may call the following additional witnesses.

1. Paul Atkinson
2. Officer Bax
3. Constance Bryant Davenport
4. Dan Grothaus
5. Susan Jordan
6. Kelly McGill
7. Sharon Perry
8. Patricia Richter
9. K. Schmidt
10. Lora Shilling
11. Alana Wesley
12. Eugene Williams
13. Tim Witcig

Potential Authenticating/Foundational Witnesses Plaintiff May Call

Plaintiff may call the following foundational witnesses to establish facts regarding the criminal investigation should the parties fail to reach agreement as to the authenticity or admissibility of exhibits.[2]

---

[2] Plaintiff intends to meet and confer in good faith in an effort to stipulate to authenticity of exhibits, where possible. Plaintiff reserves the right to call custodians of records or similar foundational witnesses, as necessary, to authenticate and/or lay the foundation for admission of any exhibits for which the parties are unable to reach agreement.

1. Anthony Carillo
2. Charles Closson
3. Kathleen M. Hentges
4. Heather L. Lane
5. Linda R. Netzel
6. William Newhouse
7. Christopher Petree
8. Michael S. Ward
9. Stephen C. Warlen
10. Samuel Willins
11. Thomas Young

Dated: March 10, 2025

Respectfully submitted,

/s/ Grace Paras
Nick Brustin*
Amelia Green*
Grace Paras*
Neufeld Scheck & Brustin, LLP
200 Varick Street, Suite 800
New York, NY 10014
(212) 965-9081
nick@nsbcivilrights.com
amelia@nsbcivilrights.com
grace@nsbcivilrights.com
*Admitted pro hac vice

Michael J. Abrams, MO Bar #42196
Alana M. McMullin MO Bar #71072
Lathrop GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone:      816.292.2000
Telecopier:     816.292.2001
michael.abrams@lathropgpm.com
alana.mcmullin@lathropgpm.com

*Attorneys for Plaintiff Ricky Kidd*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on this, the 10th day of March, 2025, the foregoing was served on all counsel of record via the Court's e-filing system.

                                                /s/ *Grace Paras*
                                                Grace Paras