IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICKY KIDD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 21-cv-00578-FJG ) |
| KANSAS CITY, MISSOURI BOARD OF POLICE COMMISSIONERS, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the parties' joint status report filed on March 10, 2025, with proposed dates for jury trial. Doc. No. 201. The parties estimate that the case will take four weeks to try. Plaintiff's counsel requests that the trial take place during a four-week window between October 13, 2025 and November 21, 2025. Defense counsel requests that the trial take place during the month of February 2026 due to upcoming maternity/paternity leave of two of the four attorneys of record.

Of the dates provided by counsel, the only trial dates that work with the Court's schedule are November 3, 2025 through November 26, 2025 (which would amount to three and a half weeks, concluding right before Thanksgiving). Otherwise, the Court has availability for a four-week trial in June 2026. The parties shall inform the Court on or before **APRIL 10, 2025,** which of these dates is preferable, and the Court will then set the case for trial.

**IT IS SO ORDERED.**

Date: March 27, 2025  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge